# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOES 1–100,<br><br>        Defendants. | No. C17-1880 RSM<br><br>ORDER GRANTING MICROSOFT CORPORATION'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a) |

This matter comes before the Court on Plaintiff Microsoft Corporation's ("Microsoft") Motion to Transfer Under 28 U.S.C. § 1404(a) (Dkt. # 8). Having reviewed the complaint and the papers filed in connection with this motion, the Court finds good cause to grant Microsoft's motion, and to exercise its discretion under 28 U.S.C. § 1404(a) to transfer this case. Accordingly, the Court orders that this case be transferred to the United States District Court for the Eastern District of Michigan.

DATED this 1st day of February 2018.

                RICARDO S. MARTINEZ
                CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MICROSOFT'S MOTION
TO TRANSFER - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Microsoft Corp.*

By  *s/ Bonnie E. MacNaughton*
 Bonnie E. MacNaughton, WSBA #36110
 James H. Wendell, WSBA #46489
 1201 Third Avenue, Suite 2200
 Seattle, WA  98101-3045
 Tel: (206) 622-3150
 Fax: (206) 757-7700
 Email: bonniemacnaughton@dwt.com
   jamiewendell@dwt.com

ORDER GRANTING MICROSOFT'S MOTION
TO TRANSFER - 2